UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRIAN LEYLAND-JONES,

    Plaintiff,

V.                                  CIVIL ACTION NO.: CV214-154

CITY OF BRUNSWICK, GEORGIA;
CORNELL HARVEY; MARK SPAULDING;
JONATHAN WILLIAMS; ROOSEVELT
HARRIS, JR.; BRYAN THOMPSON;
LYNN FRYE; JAMES H. BROOKS, SR.;
and DAN McFEE,

    Defendants.

## ORDER

Plaintiff has filed a Motion to Allow Out of Time Expert Report. Defendants have filed no response which indicates that they have no objection thereto. (See Local Rule 7.5). Plaintiff requests that his Out of Time Expert Report be allowed. Plaintiff's unopposed Motion is **GRANTED**. Plaintiff's Out of Time Expert Report is allowed.

**SO ORDERED** this 9th day of February, 2016.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)