UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRIAN LEYLAND-JONES,

    Plaintiff,

V.

CIVIL ACTION NO.: CV214-154

CITY OF BRUNSWICK, GEORGIA;
CORNELL HARVEY; MARK SPAULDING;
JONATHAN WILLIAMS; ROOSEVELT
HARRIS, JR.; BRYAN THOMPSON;
LYNN FRYE; JAMES H. BROOKS, SR.;
and DAN McFEE,

    Defendants.

## ORDER

Defendants have filed a Motion for Reconsideration of the Court's February 9, 2016, Order which granted Plaintiff's Motion to Allow Out of Time Expert Report. Plaintiff has filed no response to that Motion for Reconsideration indicating no opposition thereto. (See Local Rule 7.5). Defendants' unopposed Motion for Reconsideration is **GRANTED**. The undersigned's Order dated February 9, 2016 is hereby **vacated**.

**SO ORDERED** this 15th day of March, 2016.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE