UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BRIAN LEYLAND-JONES,

    Plaintiff,

V.                         CIVIL ACTION NO.: CV214-154

CITY OF BRUNSWICK, GEORGIA;
CORNELL HARVEY; MARK SPAULDING;
JONATHAN WILLIAMS; ROOSEVELT
HARRIS, JR.; BRYAN THOMPSON;
LYNN FRYE; JAMES H. BROOKS, SR.;
and DAN McFEE,

    Defendants.

## ORDER

Defendants have filed an objection to Magistrate Judge Graham's Order dated February 9, 2016. That order granted Plaintiff's Motion to Allow Out-Of-Time Expert Report. By order dated March 15, 2016, Magistrate Judge Graham granted defendants' Motion for Reconsideration of that February 9, 2016, Order and vacated same. As the Order to which defendants have objected has been vacated, the objection to that Order is moot. Defendants objection is **DISMISSED**.

**SO ORDERED** this ___ day of March, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA